J. FRANK SHEPARD, Respondent, v. THE PENNSYLVANIA
RAILROAD COMPANY, Appellant.

*Shepard* v. *Pennsylvania R. R. Co.*, 166 App. Div. 970, affirmed.
(Submitted November 22, 1917; decided December 11, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered February 11, 1915, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the
court. The complaint alleged that the plaintiff was
the owner of and was pasturing several horses in a lot
situated and adjoining the highway between Geneseo,
N. Y., and Piffard, N. Y.; that the horses escaped
from the lot into the highway, ran along the highway to
a road leading to the residence of one Jessie B. Wads-
worth and passed through the entrance to the grounds
surrounding the said residence. The complaint further
alleged that no fence had been erected by the defendant
between the grounds of said Jessie B. Wadsworth and the
track of the defendant and that the plaintiff's three
horses went from said Wadsworth's grounds on to the
track of the defendant, where they were struck by
a train and killed. The defense was that the defendant
did not build or maintain a fence opposite the home
grounds of said Jessie B. Wadsworth and between said
grounds and defendant's railroad premises for the reason
that said Jessie B. Wadsworth desired that the defendant
should not build or maintain said fence, for the reason that
it would injure and detract from the beauty of the
residence and the grounds surrounding it, and that in
compliance with said desire and wish of the said Jessie
B. Wadsworth, this defendant refrained from constructing
and maintaining a fence at the point where the said
animals of the plaintiff passed from the grounds of said
Jessie B. Wadsworth on to its right-of-way.

*H. J. Adams* and *Frank Rumsey* for appellant.
*Frank K. Cook* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ. Dissenting: CHASE and CUDDEBACK, JJ.